ROBERT D. PHILLIPS, JR. (State Bar No. 82639)
RACHEL LOWE (State Bar No. 246361)
ETHAN JAMES BOND (State Bar No. 316532)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Facsimile: 213-576-1100
E-mail: bo.phillips@alston.com
rachel.lowe@alston.com
ethan.bond@alston.com

Attorneys for Defendants
GLANBIA PERFORMANCE NUTRITION (NA), INC., F/K/A OPTIMUM NUTRITION, INC. and GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRIANNA BARRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM NUTRITION, INC., GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-04398-DMG-SK<br><br>Assigned to the Hon. Dolly M. Gee<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Rachel Lowe and [Proposed] Order]]*<br><br>Hearing Date: August 6, 2021<br>Hearing Time: 9:30 a.m.<br>Dept.: 8C<br><br>Filing Date: April 16, 2021 |

**TO THE ABOVE-ENTITLED COURT AND TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on August 6, 2021 at 9:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 8C of the above-entitled court, located at 350 West First Street, Los Angeles, CA 90012, Defendants Glanbia Performance Nutrition (NA), Inc., f/k/a Optimum Nutrition, Inc. and Glanbia Performance Nutrition (Manufacturing), Inc. ("Defendants"), will and hereby do move the Court pursuant to Rules 12(b)(1), 12(b)(6), and 9(b) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff Brianna Barrett's ("Barrett") entire Complaint.

As set forth in the supporting Memorandum of Points and Authorities, Barrett cannot state a claim for relief because her two theories of liability are not cognizable. First, Barrett does not (and cannot) plausibly allege that Defendants misled reasonable consumers about the amount of protein powder in the product Barrett purchased. The product container states exactly how much protein powder it contains. Second, Barrett does not (and cannot) plausibly allege that any empty space in the product containers is "nonfunctional slack-fill" in violation of applicable law.

Barrett's claims fail for additional reasons:

Barrett lacks Article III and statutory standing to assert claims relating to products that she did not purchase.

Barrett fails to allege what state law governs her misrepresentation and unjust enrichment claims

Barrett's claims for fraud and negligent misrepresentation fail because she does not (and cannot) plead—under Rule 9(b) or otherwise—that Defendants made an affirmative misrepresentation or that Barrett justifiably relied on any misrepresentation.

Barrett's negligent misrepresentation claim also fails because it is barred by the

economic loss rule.

Barrett's claims under California's Unfair Competition Law, Consumers Legal Remedies Act, and False Advertising Law fail inasmuch as Barrett seeks equitable relief. Barrett cannot seek equitable relief post- *Sonner v. Premier Nutrition,* because her own allegations demonstrate that she has an adequate remedy at law.

Barrett's claims also fail to the extent that she seeks injunctive relief. Barrett does not (and cannot) plead that she is likely to be deceived by the subject product's packaging in the future.

Barrett's unjust enrichment claim fails because California does not recognize a standalone cause of action for unjust enrichment.

And finally, inasmuch as Barrett brings claims on behalf of a putative class of non-California purchasers, this Court lacks personal jurisdiction over those purchasers.

This Court should dismiss the case with prejudice because amendment would be futile.

This Motion is made following the conference of counsel pursuant to Local Rule 7–3 that took place on Thursday, June 24, 2021. Lowe Decl., ¶ 2. Barrett will oppose the Motion.

This Motion is based upon this Notice of Motion and Motion to Dismiss, the supporting Memorandum of Points and Authorities, the Declaration of Rachel Lowe, the Request for Judicial Notice, the papers and pleadings on file in this matter, and any other written or oral argument that may be presented before or during the hearing on this matter.

| | | |
|---|---|---|
| 1 | Dated: July 2, 2021 | ROBERT D. PHILLIPS, JR.<br>RACHEL LOWE<br>ETHAN JAMES BOND<br>**ALSTON & BIRD LLP** |
| 2 | | |
| 3 | | By: _/s/ Rachel E. K. Lowe_<br>            Rachel Lowe |
| 4 | | |
| 5 | | Attorneys for Defendants<br>GLANBIA PERFORMANCE NUTRITION (NA), INC., F/K/A OPTIMUM NUTRITION, INC., GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC. |