ROBERT D. PHILLIPS, JR. (State Bar No. 82639)
RACHEL LOWE (State Bar No. 246361)
ETHAN JAMES BOND (State Bar No. 316532)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:   213-576-1000
Facsimile:   213-576-1100
E-mail:  bo.phillips@alston.com
             rachel.lowe@alston.com
             ethan.bond@alston.com

Attorneys for Defendants
GLANBIA PERFORMANCE NUTRITION (NA), INC., DBA OPTIMUM NUTRITION, INC. and GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC.

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Zach Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
Attorneys for Plaintiff
BRIANNA BARRETT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRIANNA BARRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM NUTRITION, INC., GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-CV-04398-DMG-SK<br><br>Assigned to the Hon. Dolly M. Gee<br><br>**STIPULATION OF DISMISSAL**<br><br>Action Filed:  04/16/21 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brianna Barrett and Defendants Glanbia Performance Nutrition (NA), Inc., DBA Optimum Nutrition, Inc. and Glanbia Performance Nutrition (Manufacturing), Inc. hereby stipulate to the dismissal of this action and Plaintiff's claims, in their entirety, with prejudice, and any putative class member claims without prejudice. Each party shall bear its own costs, expenses, and fees.

SO STIPULATED.

Dated: February 3, 2023

ROBERT D. PHILLIPS, JR.
RACHEL LOWE
ETHAN JAMES BOND
**ALSTON & BIRD LLP**

By: */s/ Rachel E. K. Lowe*
         Rachel Lowe

Attorney for Defendants
Glanbia Performance Nutrition (NA), Inc., DBA Optimum Nutrition, Inc., Glanbia Performance Nutrition (Manufacturing), Inc.

Dated: February 3, 2023

RYAN CLARKSON
ZACH CHRZAN
**CLARKSON LAW FIRM, P.C.**

By: */s/ Zach Chrzan*
         Zach Chrzan

Attorney for Plaintiff
Brianna Barrett

- 1 -
STIPULATION OF DISMISSAL

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

I, Rachel E. K. Lowe, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Rachel E. K. Lowe*
      Rachel E. K. Lowe

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2023, I electronically file the **STIPULATION OF DISMISSAL** with the Clerk of the court for the United States District Court, Central District of California by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on the 3rd day of February, 2023 at Los Angeles, California.

/s/ *Rachel E. K. Lowe*
Rachel E. K. Lowe