**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIANNA BARRETT, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>OPTIMUM NUTRITION, INC., GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC., and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. CV 21-4398-DMG (SKx)<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL [36]** |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety and with prejudice as to Plaintiff Brianna Barrett's claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Any class claims are dismissed without prejudice. Each party shall bear its own costs, expenses, and fees. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: February 3, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28